UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Erick Vostok BERNAL,<br><br>Defendant. | Case No.: '23 MJ0335<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18 U.S.C., Sec. 111(a)(1) – Assault on a Federal Officer (Felony) |

The undersigned complainant being duly sworn states:

## COUNT 1

On or about February 4, 2023, within the Southern District of California, defendant Erick Vostok BERNAL did knowingly and intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with a person named in Title 18, United States Code, Section 111, to wit Department of Homeland Security, United States Customs and Border Protection Officer I. Lopez., while Officer I. Lopez was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

## COUNT 2

On or about February 4, 2023, within the Southern District of California, defendant Erick Vostok BERNAL did knowingly and intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with a person named in Title 18, United States Code, Section 111, to wit Department of Homeland Security, United States Customs and Border Protection Officer K. Jones, while Officer K. Jones was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

## COUNT 3

On or about February 4, 2023, within the Southern District of California, defendant Erick Vostok BERNAL did knowingly and intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with a person named in Title 18, United States Code, Section 111, to wit Department of Homeland Security, United States Customs and Border Protection Officer B. Gastelum, while Officer B. Gastelum was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
Special Agent Jed Jenson
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 6th DAY OF FEBRUARY 2023.

_____
HON MICHAEL S. BERG
U.S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Jed Jenson, declare under penalty of perjury, the following is true and correct:

On February 4, 2023, at approximately 6:30 AM, Erick Vostok BERNAL ("BERNAL"), a Mexican national, attempted to evade inspection into the United States from Mexico through the San Ysidro Port of Entry vehicle lanes. BERNAL tried to run past Customs and Border Protection Officers (CBPOs) in the vehicle primary lanes but was apprehended by CBPOs.

While CBPOs were restraining BERNAL in the vehicle lanes, BERNAL bit CBPO I. Lopez twice on the inner thigh. As CBPOs were escorting BERNAL to the security office, BERNAL kicked CBPO K. Jones twice in the leg. BERNAL was taken to the security office where officers further attempted to restrain BERNAL by placing him in a wheelchair. While assisting BERNAL into a wheelchair, BERNAL headbutted CBPO B. Gastelum in the mouth. BERNAL then kicked CBPO B. Gastelum in the chest as CBPOs were attempting to obtain BERNAL's fingerprints.

BERNAL was placed under arrest at approximately 9:00 AM.

BERNAL was arrested and charged with a violation of Title 18, United States Code, 111, Assault on a Federal Officer.

Executed on February 5, 2023, at 10:15 AM

*[signature]*

Jed Jenson, HSI Special Agent

On the basis of the facts presented in this probable cause statement consisting of 2 pages, I find probable cause to believe the defendant, Erick Vostak BERNAL, named in this probable cause statement, committed the offense on February 4, 2023, in violation of Title 18, United States Code, 111, Assault on a Federal Officer.

*[signature]*          3:10 PM, Feb 5, 2023

Hon. Michael S. Berg          Date/Time

United States Magistrate Judge

2